# ELECTRONIC RECORD

*627-15*

COA # 05-14-00495-CR        OFFENSE: 21.1

STYLE: Melquiades Hernandez v. The State of Texas        COUNTY: Dallas

COA DISPOSITION: MODIFY        TRIAL COURT: Criminal District Court No. 1

DATE: 04/27/2015        Publish: NO        TC CASE #: F-1355932-H

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Melquiades Hernandez v. The State of Texas        CCA #: *627-15*

___PRO SE___ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

___REFUSED___        JUDGE: _____

DATE: _11/04/2015_        SIGNED: _____        PC: _____

JUDGE: _Per Curiam_        PUBLISH: _____        DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**